ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-095 |
| | ) | |
| WILLIAM DANFORTH, Warden, | ) | |
| Telfair State Prison; OFFICER | ) | |
| MCCOLLOUGH; OFFICER | ) | |
| BROWNLEE; and MEDICAL STAFF, | ) | |
| Telfair State Prison, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 30th day of March, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE